

**ORDERED in the Southern District of Florida on June 1, 2015.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

ISAAC KODSI,                                                              Case No. 13-40134-BKC-LMI

Debtor

_____/
MAURICE SMITH, MARSHA SMITH,                           Adversary No. 15-01159-LMI
AMIT MAUSKAR, ANSELMO STEPHENSON,
and SELIDEN JEAN

      Plaintiffs,
v.

ISAAC KODSI,

      Defendant.
_____/

**AGREED ORDER DENYING DEFENDANT, ISAAC KODSI'S MOTION TO DISMISS
ADVERSARY COMPLAINT**

**THIS MATTER** came before the Court on Isaac Kodsi's ("Kodsi") *Motion to Dismiss the Adversary Complaint to Determine Nondischargeability of Debt Pursuant to 11 U.S.C. § 523* [D.E. # 5] (the "Motion"), the *Plaintiffs' Response to Defendant's Motion to Dismiss* [D.E. # 13], and the Court's *Order Setting Briefing Schedule and Hearing on Motion to Dismiss Adversary Proceeding* [D.E. # 10], and the Court, having been advised that the parties agree to the entry of this Order, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is DENIED.

2. Kodsi shall have ten (10) days from the entry of this Order in which to file an Answer to the Complaint.

3. The hearing on the Motion scheduled for June 10, 2015 at 10:00 a.m. is cancelled.

###

**Submitted By:**
Daniel Y. Gielchinsky, Esquire
Florida Bar No. 97646

**Copies Furnished to:**
Mr. Gielchinsky is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.