UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:

ISAAC KODSI,                                                                          Case No. 13-40134-BKC-LMI

Debtor

_____/

MAURICE SMITH, MARSHA SMITH,                                    Adversary No. 15-01159-LMI
AMIT MAUSKAR, ANSELMO STEPHENSON,
and SELIDEN JEAN

       Plaintiffs,
v.

ISAAC KODSI,

       Defendant.
_____/

## DEFENDANT, ISAAC KODSI'S ANSWER TO ADVERSARY COMPLAINT TO DETERMINE NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523

      Defendant, Isaack Kodsi ("Kodsi"), as and for his Answer to the Complaint of Maurice Smith, Marsha Smith, Amit Mauskar, Anselmo Stephenson and Seliden Jean, responds as follows:

### Jurisdiction and Venue

1. Kodsi admits the allegations of paragraph 1 of the Complaint.

2. Kodsi admits the allegations of paragraph 2 of the Complaint.

3. Paragraph 3 calls for a legal conclusion, so no response is required.

**Parties**

4. Kodsi neither admits nor denies the allegations of paragraph 4 of the Complaint, and thereby leaves the plaintiffs to their proofs.

5. Kodsi neither admits nor denies the allegations of paragraph 5 of the Complaint, and thereby leaves the plaintiffs to their proofs.

6. Kodsi neither admits nor denies the allegations of paragraph 6 of the Complaint, and thereby leaves the plaintiffs to their proofs.

7. Kodsi neither admits nor denies the allegations of paragraph 7 of the Complaint, and thereby leaves the plaintiffs to their proofs.

8. Kodsi neither admits nor denies the allegations of paragraph 8 of the Complaint, and thereby leaves the plaintiffs to their proofs.

9. Kodsi admits the allegations of paragraph 9 of the Complaint.

**General Allegations**

10. Kodsi admits the allegations of paragraph 10 of the Complaint.

11. Kodsi admits the allegations of paragraph 11 of the Complaint.

12. Kodsi admits the allegations of paragraph 12 of the Complaint.

13. Kodsi denies the allegations of paragraph 13 of the Complaint.

14. Kodsi admits the allegations of paragraph 14 of the Complaint.

15. Kodsi neither admits nor denies the allegations of paragraph 15 of the Complaint, and thereby leaves the plaintiffs to their proofs.

16. Kodsi neither admits nor denies the allegations of paragraph 16 of the Complaint, and thereby leaves the plaintiffs to their proofs.

17. Kodsi neither admits nor denies the allegations of paragraph 17 of the Complaint, and thereby leaves the plaintiffs to their proofs.

18. Kodsi neither admits nor denies the allegations of paragraph 18 of the Complaint, and thereby leaves the plaintiffs to their proofs.

19. Kodsi neither admits nor denies the allegations of paragraph 19 of the Complaint, and thereby leaves the plaintiffs to their proofs.

20. Kodsi neither admits nor denies the allegations of paragraph 20 of the Complaint, and thereby leaves the plaintiffs to their proofs.

21. Kodsi neither admits nor denies the allegations of paragraph 21 of the Complaint, and thereby leaves the plaintiffs to their proofs.

22. Kodsi neither admits nor denies the allegations of paragraph 22 of the Complaint, and thereby leaves the plaintiffs to their proofs.

23. Kodsi neither admits nor denies the allegations of paragraph 23 of the Complaint, and thereby leaves the plaintiffs to their proofs.

24. Kodsi neither admits nor denies the allegations of paragraph 24 of the Complaint, and thereby leaves the plaintiffs to their proofs.

25. Kodsi neither admits nor denies the allegations of paragraph 25 of the Complaint, and thereby leaves the plaintiffs to their proofs.

26. Kodsi neither admits nor denies the allegations of paragraph 26 of the Complaint, and thereby leaves the plaintiffs to their proofs.

27. Kodsi neither admits nor denies the allegations of paragraph 27 of the Complaint, and thereby leaves the plaintiffs to their proofs.

28.     Kodsi neither admits nor denies the allegations of paragraph 28 of the Complaint, and thereby leaves the plaintiffs to their proofs.

29.     Kodsi neither admits nor denies the allegations of paragraph 29 of the Complaint, and thereby leaves the plaintiffs to their proofs.

30.     Kodsi neither admits nor denies the allegations of paragraph 30 of the Complaint, and thereby leaves the plaintiffs to their proofs.

31.     Kodsi neither admits nor denies the allegations of paragraph 31 of the Complaint, and thereby leaves the plaintiffs to their proofs.

32.     Kodsi neither admits nor denies the allegations of paragraph 32 of the Complaint, and thereby leaves the plaintiffs to their proofs.

33.     Kodsi neither admits nor denies the allegations of paragraph 33 of the Complaint, and thereby leaves the plaintiffs to their proofs.

34.     Kodsi neither admits nor denies the allegations of paragraph 34 of the Complaint, and thereby leaves the plaintiffs to their proofs.

35.     Kodsi neither admits nor denies the allegations of paragraph 35 of the Complaint, and thereby leaves the plaintiffs to their proofs.

36.     Kodsi neither admits nor denies the allegations of paragraph 36 of the Complaint, and thereby leaves the plaintiffs to their proofs.

37.     Kodsi neither admits nor denies the allegations of paragraph 37 of the Complaint, and thereby leaves the plaintiffs to their proofs.

38.     Kodsi denies the allegations of paragraph 38 of the Complaint.

39.     Kodsi denies the allegations of paragraph 39 of the Complaint.

40.     Kodsi denies the allegations of paragraph 40 of the Complaint.

41.     Kodsi admits the allegations of paragraph 41 of the Complaint.

42.     Kodsi admits the allegations of paragraph 42 of the Complaint.

43.     Kodsi neither admits nor denies the allegations of paragraph 43 of the Complaint, and thereby leaves the plaintiffs to their proofs.

44.     Kodsi neither admits nor denies the allegations of paragraph 44 of the Complaint, and thereby leaves the plaintiffs to their proofs. Kodsi avers that the mere entry of default is of no significance in this case, because the entry of default has no preclusive effect.

### Count I
### (11 U.S.C. § 523(a)(2)(A))

45.     Kodsi repeats and re-alleges his responses above.

46.     Kodsi denies the allegations of paragraph 46 of the Complaint.

47.     Kodsi denies the allegations of paragraph 47 of the Complaint.

48.     Kodsi denies the allegations of paragraph 48 of the Complaint.

WHEREFORE, Kodsi respectfully requests that the Court enter an Order dismissing the Complaint, and for such other and further relief as the Court deems just and equitable.

### Affirmative Defenses

1.     Plaintiffs' claims are barred by the economic loss rule as each plaintiff had contract privity with Villa Francine and each did not suffer personal injury or damage as a result of Villa Francine's breach of contract.

2.     Each plaintiff received marketable title to their respective property as provided by the terms of the contract and in accordance with the Florida Uniform Title Standards. Furthermore, all terms, provisions, warranties and representations contained in the contracts did not survive plaintiff's respective closings and merged into their deeds.

3.	The alleged environmental issues did no rise to the level of constituting "defects" with the properties that were of the type and quality alleged by the plaintiffs.

4.	Plaintiffs have not suffered any damages as a consequence of the alleged environmental issues.

5.	Plaintiffs' alleged damages are the result of acts or omissions committed by non-parties to this action over whom Kodsi has no responsibility or control.

6.	Kodsi, as an officer of Ark Equity Group, LLC, cannot be held individually liable for Villa Francine's alleged acts or omissions.

7.	Kodsi's alleged "silence" is not actionable.  Kodsi had no individual responsibility to make the disclosures alleged by the plaintiffs.

Dated this 15th day of June, 2015

> **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**
>
> **Daniel Y. Gielchinsky, P.A.**
> 1177 Kane Concourse, Suite 302
> Bay Harbor Islands, Florida 33154
> Telephone: (305) 763-8708
>
> By:	s/ Daniel Y. Gielchinsky
> 	Daniel Y. Gielchinsky
> 	Florida Bar No. 97646

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 15th day of June 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/s/ Daniel Y. Gielchinsky
Daniel Y. Gielchinsky